# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:13-CR-260** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **TYRONE A. ATWOOD,** | : | |
| | : | |
| Defendant | : | |

# ORDER

AND NOW, this 5th day of September, 2017, upon consideration of the motion (Doc. 215) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by defendant Tyrone A. Atwood ("Atwood"), and for the reasons set forth in the court's accompanying memorandum, it is hereby ORDERED that:

1. Atwood's motion (Doc. 215) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED. See RULE 11(A), RULES GOVERNING SECTION 2255 CASES.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania